1  **Timothy T. Scott (SBN 126971)**
   **tscott@sidley.com**
2  **Robert B. Martin III (SBN: 235489)**
   **rbmartin@sidley.com**
3  **SIDLEY AUSTIN LLP**
   **555 California Street, Suite 2000**
4  **San Francisco, California  94104**
   **Telephone:      (415) 772-1200**
5  **Facsimile:       (415) 772-7400**

6  **Attorneys For Defendants CUTERA, INC.,**
   **KEVIN P. CONNORS, and RONALD J. SANTILLI**
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD ZAKKAK, Individually and On Behalf of All Others Similarly Situated, | Case No.  C 07-02468 WHA |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| CUTERA, INC., KEVIN P. CONNORS, and ROBERT J. SANTILLI, | |
| Defendants. | |

TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the undersigned hereby appears in this action on behalf of Defendants Cutera, Inc., Kevin P. Connors, and Ronald J. Santilli. Please direct any communications to the following address:

> Robert B. Martin, III (SBN 235489) <rbmartin@sidley.com>
> SIDLEY AUSTIN LLP
> 555 California Street, Suite 2000
> San Francisco, CA 94104-1715
> Telephone: (415) 772-1200
> Facsimile: (415) 772-7400

Dated: May 30, 2007                             SIDLEY AUSTIN LLP

By: /s/ Robert B. Martin III
   _____
   Robert B. Martin III
   Attorneys For Defendants
   Cutera, Inc., Kevin P. Connors, and Ronald J. Santilli