1  **Timothy T. Scott (SBN 126971)**
   **tscott@sidley.com**
2  **Robert B. Martin III (SBN: 235489)**
   **rbmartin@sidley.com**
3  **SIDLEY AUSTIN LLP**
   **555 California Street, Suite 2000**
4  **San Francisco, California 94104**
   **Telephone:      (415) 772-1200**
5  **Facsimile:       (415) 772-7400**

6  **Attorneys For Defendants CUTERA, INC.,**
   **KEVIN P. CONNORS, and RONALD J. SANTILLI**
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD ZAKKAK, Individually and On Behalf of All Others Similarly Situated, | Case No. C 07-02468 WHA |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| CUTERA, INC., KEVIN P. CONNORS, and ROBERT J. SANTILLI, | |
| Defendants. | |

1  TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT the undersigned hereby appears in this action on behalf of

3  Defendants Cutera, Inc., Kevin P. Connors, and Ronald J. Santilli.  Please direct any

4  communications to the following address:

>     Timothy T. Scott (SBN 126971)  <tscott@sidley.com>
>     SIDLEY AUSTIN LLP
>     555 California Street, Suite 2000
>     San Francisco, CA 94104-1715
>     Telephone:  (415) 772-1200
>     Facsimile:   (415) 772-7400

Dated:  May 30, 2007                         SIDLEY AUSTIN LLP

                                             By: /s/ Timothy T. Scott
                                                 Timothy T. Scott
                                                 Attorneys For Defendants
                                                 Cutera, Inc., Kevin P. Connors, and Ronald J. Santilli