1  **Timothy T. Scott (SBN: 126971)**
   **tscott@sidley.com**
2  **Robert B. Martin III (SBN: 235489)**
   **rbmartin@sidley.com**
3  **SIDLEY AUSTIN LLP**
   **555 California Street, Suite 2000**
4  **San Francisco, California  94104**
   **Telephone:        (415) 772-1200**
5  **Facsimile:         (415) 772-7400**

6  **Attorneys For Defendants CUTERA, INC.,**
   **KEVIN P. CONNORS, and RONALD J. SANTILLI**
7

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12

13  DOUG HAMILTON,                    )   CIVIL ACTION NO.: C-07-2128-VRW
                                      )
                      Plaintiff,      )   <u>CLASS ACTION</u>
14                                    )
                                      )
15       vs.                          )   **DEFENDANTS' MOTION FOR**
                                      )   **ADMINISTRATIVE RELIEF TO**
16                                    )   **CONSIDER WHETHER CLASS ACTION**
                                      )   **CASES SHOULD BE RELATED**
17  KEVIN P. CONNERS, ROBERT J. SANTILLI, )
    AND CUTERA INC.,                  )
18                                    )
                      Defendants.     )
19  _____  )

20

21

22

23

24

25

26

27

28

---

**DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CLASS ACTION**
**CASES SHOULD BE RELATED - Case No. C-07-2128 VRW**

SF1 1462076v.1

1    Pursuant to Civil Local Rules 3-12 and 7-11, Defendants Cutera, Inc., Kevin P. Connors, and

2  Ronald J. Santilli (collectively "Defendants") respectfully submit this Motion for Administrative

3  Relief requesting the Court order this case "related" to the following case pending in the U.S.

4  District Court, Northern District of California:

5    • *Edward Zakkak v. Cutera, Inc., Kevin P. Connors, and Robert J. Santilli*, No.

6      C-07-02468-WHA, filed May 8, 2007

7    **MEMORANDUM OF POINTS AND AUTHORITIES**

8    This action and the later-filed *Zakkak* action are putative shareholder class actions against

9  Defendants.  These class actions generally allege that Defendants violated the federal securities laws

10  by causing Cutera to make purportedly false and misleading statements, or to fail to disclose material

11  facts that made other material statements misleading, concerning Cutera's business operations during

12  the alleged class period.  According to the plaintiffs in these cases, the alleged misleading statements

13  caused Cutera's shares to trade at artificially inflated levels.

14    These securities class actions assert substantially identical claims, involve identical parties,

15  and are based on many of the same factual allegations.  As a result, there will necessarily be a

16  duplication of labor and expense, as well as potentially conflicting results, if the cases are conducted

17  before different Judges.  *See* N.D. Cal. Civil L. R. 3-12(a).  Defendants thus respectfully submit that

18  the *Zakkak* action should be deemed related and transferred to this Court.  As set forth in the

19  accompanying Stipulation and [Proposed] Order, plaintiffs in both this action and the *Zakkak* action

20  agree that the actions are related.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

SF1 1462076v.1

**DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CLASS ACTION CASES SHOULD BE RELATED - Case No. C-07-2128 VRW**

1

**CONCLUSION**

2        For the foregoing reasons, Defendants respectfully request this Court order the above actions

3   related within the meaning of Civil Local Rule 3-12.

4

5
                                        Respectfully submitted,
6
    Dated:  June 8, 2006                 SIDLEY AUSTIN LLP
7

8
                                        By:  /s/ Timothy T. Scott
9
                                             Timothy T. Scott
10                                           Attorneys For Defendants Cutera, Inc.,
                                             Kevin P. Connors, and Ronald J. Santilli
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CLASS ACTION CASES SHOULD BE RELATED - Case No. C-07-2128 VRW**