**Timothy T. Scott (SBN: 126971)**
tscott@sidley.com
**Robert B. Martin III (SBN: 235489)**
rbmartin@sidley.com
**SIDLEY AUSTIN LLP**
**555 California Street, Suite 2000**
**San Francisco, California  94104**
**Telephone:      (415) 772-1200**
**Facsimile:      (415) 772-7400**

**Attorneys For Defendants CUTERA, INC.,
KEVIN P. CONNORS, and RONALD J. SANTILLI**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUG HAMILTON,<br><br>          Plaintiff,<br><br>     vs.<br><br>KEVIN P. CONNERS, ROBERT J. SANTILLI, AND CUTERA INC.,<br><br>          Defendants. | Case No.    C-07-2128-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER** |

---

**STIPULATION AND [PROPOSED] ORDER - Case No. C-07-2128 VRW**

**STIPULATION**

Whereas, Plaintiffs filed their Class Action Complaint on April 17, 2007, and plaintiffs in *Zakkak v. Cutera, Inc., et al.*, No. C-07-02468-WHA, filed their complaint on May 8, 2007;

Whereas, both plaintiffs agree that the two actions are related cases within the meaning of Civil Local Rule 3-12, and Defendants have brought a Motion for Administrative Relief to consider whether the two action should be related, filed concurrently herewith;

Whereas, Plaintiffs later intend to bring a motion for appointment of lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and, in the event the motion is granted, intend thereafter to file an amended complaint, whereupon Defendants intend to bring a motion to dismiss under Federal Rule of Civil Procedure 12;

Whereas, under the Private Securities Litigation Reform Act, all discovery and other proceedings are generally stayed during the pendency of a motion to dismiss, *see* 15 U.S.C. § 78u-4(b)(3)(B);

Whereas, this Court earlier issued an Order Setting Initial Case Management Conference and ADR Deadlines, with dates and deadlines likely to occur before an amended complaint is filed;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that:

1. This action and *Zakkak v. Cutera, Inc., et al.*, No. C-07-02468-WHA, are deemed related within the meaning of Civil Local Rule 3-12;

2. The time for Defendants to respond to any complaint filed in this action or in any related action is stayed until after the appointment of lead counsel and the filing of an amended complaint;

3. The dates and deadlines set forth in this Court's April 17, 2007 Order Setting Initial Case Management Conference and ADR Deadlines are vacated.

///
///
///
///

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: June 8, 2007 | SIDLEY AUSTIN LLP |
|   | By: /s/ Timothy T. Scott |
|   | Timothy T. Scott<br>Attorneys for Defendants Cutera, Inc., Kevin P. Connors, and Ronald J. Santilli |
| Dated: June 8, 2007 | KREINDLER & KREINDLER LLP |
|   | By: /s/ Mark I. Labaton |
|   | Mark I. Labaton<br>Attorneys for Plaintiff Doug Hamilton |
| Dated: June 8, 2007 | SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP |
|   | By: /s/ Alan R. Plutzik |
|   | Alan R. Plutzik<br>Attorneys for Plaintiff Edward Zakkak |

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____, 2007

THE HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Scheduling Order.  In compliance with General Order 45.X.B., I hereby attest that each of the other signatories has concurred in this filing.

Dated:  June 8, 2007                                            SIDLEY AUSTIN LLP

                                                                           By:  /s/ Timothy T. Scott
                                                                                  Timothy T. Scott
                                                                                  SIDLEY & AUSTIN LLP
                                                                                  555 California Street, Suite 2000
                                                                                  San Francisco, CA 94104-1715
                                                                                  Telephone: 415-772-1200
                                                                                  Facsimile:   415-772-7400

                                                                                  Attorneys for Defendants Cutera, Inc.,
                                                                                  Kevin P. Connors, and Ronald J. Santilli