**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG HAMILTON, | No. C 07-2128 VRW |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| KEVIN CONNERS, et al., | |
| Defendant. / | |
| EDWARD ZAKKAK, et al., | No. C 07-2468 VRW |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| CUTERA, INC., KEVIN P. CONNORS, ROBERT J. SANTILLI, | |
| Defendant(s). | |

This actions having been reassigned to Judge Vaughn R Walker;

YOU ARE HEREBY NOTIFIED THAT a Case Management Conference has been scheduled for **Tuesday, August 14, 2007 at 9:00 a.m.** before the Honorable Vaughn R Walker.  The case management conference previously scheduled for July 24, 2007 shall be vacated.  The case schedule for both cases shall be as follows:

    7/26/2007 - Last day to meet and confer re: initial disclosures, early
                     Settlement, ADR process selection and discovery plan,
                     File Joint ADR Certification with stipulation to ADR
                     Process or Notice of Need for ADR phone conf.

    8/7/2007 - Last day to file Rule 26(f) Report, complete initial disclosures
                    or state objection in Rule 26(f) Report and file case
                    management statement

8/14/2007 at 9:00 AM - Initial Case Management Conference in Courtroom 6, 17th floor, San Francisco, CA

Copies of the Local Rules, Standing Orders, the Court's weekly calendar and available motion hearing dates may be downloaded from the district courts Internet site: http://www.cand.uscourts.gov . A link to the page may be found on the Court's home page.

Please report to Courtroom no. 6, on the 17th floor, United States District Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Dated: June 27, 2007

By: *Cora Klein*

Cora Klein, Courtroom Deputy Clerk to Chief Judge Vaughn R Walker

**(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Certificate of Service)**

(attachment)

2