**Timothy T. Scott (SBN: 126971)**
**tscott@sidley.com**
**Robert B. Martin III (SBN: 235489)**
**rbmartin@sidley.com**
**SIDLEY AUSTIN LLP**
**555 California Street, Suite 2000**
**San Francisco, California  94104**
**Telephone:      (415) 772-1200**
**Facsimile:       (415) 772-7400**

**Attorneys For Defendants CUTERA, INC.,
KEVIN P. CONNORS, and RONALD J. SANTILLI**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUG HAMILTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KEVIN P. CONNERS, ROBERT J. SANTILLI, AND CUTERA, INC.,<br><br>　　　　Defendants.<br><br>EDWARD ZAKKAK, et al.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CUTERA, INC., KEVIN P. CONNORS, ROBERT J. SANTILLI,<br><br>　　　　Defendants. | CIVIL ACTION NO.:   C-07-2128-VRW<br>　　　　　　　　　　　　　C-07-2468-VRW<br><br><u>CLASS ACTION</u><br><br>**DEFENDANTS' RESPONSE TO THE ONIE GROUP'S MOTION FOR CONSOLIDATION AND NON-OPPOSITION TO THE ONIE GROUP'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND COUNSEL** |

**DEFENDANTS' RESPONSE TO THE ONIE GROUP'S M. FOR CONSOLID. AND NON-OPPOSITION TO THE ONIE GROUP'S M. FOR APPT. OF LEAD PLAINTIFF AND COUNSEL  -Case Nos. C-07-2128 VRW, C-07-2468 VRW**

SF1 1466774v.1

Defendants Cutera, Inc., Kevin P. Connors, and Ronald J. Santilli, by and through their attorneys, hereby state that they agree that the two related actions should be consolidated, pursuant to Federal Rule of Civil Procedure 42(a), for the same reasons asserted in Section A of the Onie Group's motion for consolidation. Defendants further state they do not oppose the Onie Group's motions to appoint lead plaintiff or lead counsel in the consolidated actions.

Respectfully submitted,

Dated: July 18, 2007

SIDLEY AUSTIN LLP

By: /s/ Timothy T. Scott
Timothy T. Scott
Attorneys For Defendants Cutera, Inc.,
Kevin P. Connors, and Ronald J. Santilli

2

**DEFENDANTS' RESPONSE TO THE ONIE GROUP'S M. FOR CONSOLID. AND NON-OPPOSITION TO THE ONIE GROUP'S M. FOR APPT. OF LEAD PLAINTIFF AND COUNSEL  -Case Nos. C-07-2128 VRW, C-07-2468 VRW**

SF1 1466774v.1