UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDWARD ZAKKAK, Individually and on Behalf of All Others Similarly Situated

    Plaintiff(s),

v.

CUTERA, INC., KEVIN P. CONNORS, and ROBERT J. SANTILLI

    Defendant(s).     /

Case No. C-07-02468 VRW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 26, 2007

/s/ Kevin P. Connors
[Party]
CUTERA, INC.
By:  Kevin P. Connors
President & CEO

Dated: July 26, 2007

/s/ Timothy T. Scott
[Counsel]
SIDLEY AUSTIN LLP
Timothy T. Scott
Attorneys for Defendants Cutera, Inc., Kevin P. Connors, and Ronald J. Santilli

**SIGNATURE ATTESTATION**

        I am the ECF User whose identification and password are being used to file the foregoing ADR Certification by Parties and Counsel.  In compliance with General Order 45.X.B., I hereby attest that the other signatory has concurred in this filing.

Dated: July 26, 2007                                SIDLEY AUSTIN LLP

                                               By: /s/ Timothy T. Scott
                                                       Timothy T. Scott
                                                       SIDLEY AUSTIN LLP
                                                       555 California Street, Suite 2000
                                                       San Francisco, CA  94104-1715
                                                       Telephone:  415-772-1200
                                                       Facsimile:  415-772-7400

                                                       Attorneys for Defendants Cutera, Inc.,
                                                       Kevin P. Connors, and Ronald J. Santilli