UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ZAKKAK, Individually and on Behalf of All Others Similarly Situated<br>            Plaintiff(s),<br><br>        v.<br>CUTERA, INC., KEVIN P. CONNORS, and ROBERT J. SANTILLI<br>            Defendant(s).    / | Case No. C-07-02468 VRW<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 26, 2007

/s/ Kevin P. Connors
[Party]
KEVIN P. CONNORS

Dated: July 26, 2007

/s/ Timothy T. Scott
[Counsel]
SIDLEY AUSTIN LLP
Timothy T. Scott
Attorneys for Defendants
Cutera, Inc., Kevin P. Connors, and Ronald J. Santilli

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com

**SIGNATURE ATTESTATION**

        I am the ECF User whose identification and password are being used to file the foregoing ADR Certification by Parties and Counsel.  In compliance with General Order 45.X.B., I hereby attest that the other signatory has concurred in this filing.

Dated:  July 26, 2007                              SIDLEY AUSTIN LLP

                                                        By: /s/ Timothy T. Scott
                                                            Timothy T. Scott
                                                            SIDLEY AUSTIN LLP
                                                           555 California Street, Suite 2000
                                                           San Francisco, CA  94104-1715
                                                           Telephone:  415-772-1200
                                                           Facsimile:  415-772-7400

                                                           Attorneys for Defendants Cutera, Inc.,
                                                           Kevin P. Connors, and Ronald J. Santilli