UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDWARD ZAKKAK, Individually and on Behalf of All Others Similarly Situated

             Plaintiff(s),

v.

CUTERA, INC., KEVIN P. CONNORS, and ROBERT J. SANTILLI

             Defendant(s).

Case No. C-07-02468 VRW

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 26, 2007

/s/ Ronald J. Santilli
[Party]
RONALD J. SANTILLI

Dated: July 26, 2007

/s/ Timothy T. Scott
[Counsel]
SIDLEY AUSTIN LLP
Timothy T. Scott
Attorneys for Defendants
Cutera, Inc., Kevin P. Connors, and Ronald J. Santilli

American LegalNet, Inc.
www.USCourtForms.com

Rev. 12/05

**SIGNATURE ATTESTATION**

        I am the ECF User whose identification and password are being used to file the foregoing ADR Certification by Parties and Counsel.  In compliance with General Order 45.X.B., I hereby attest that the other signatory has concurred in this filing.

Dated:  July 26, 2007                      SIDLEY AUSTIN LLP

                                              By: /s/ Timothy T. Scott
                                                  Timothy T. Scott
                                                  SIDLEY AUSTIN LLP
                                                  555 California Street, Suite 2000
                                                  San Francisco, CA  94104-1715
                                                  Telephone:  415-772-1200
                                                  Facsimile:  415-772-7400

                                                  Attorneys for Defendants Cutera, Inc.,
                                                  Kevin P. Connors, and Ronald J. Santilli