1  Timothy T. Scott (SBN: 126971)
   tscott@sidley.com
2  Robert B. Martin III (SBN: 235489)
   rbmartin@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
4  San Francisco, California  94104
   Telephone:    (415) 772-1200
5  Facsimile:    (415) 772-7400

6  Attorneys For Defendants CUTERA, INC.,
   KEVIN P. CONNORS, and RONALD J. SANTILLI

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

| | |
|---|---|
| DOUG HAMILTON, | CIVIL ACTION NO.:  C-07-2128-VRW |
| | C-07-2468-VRW |
| Plaintiff, | |
| | <u>CLASS ACTION</u> |
| vs. | |
| | **INITIAL JOINT REPORT PURSUANT TO** |
| KEVIN P. CONNERS, ROBERT J. SANTILLI, | **FEDERAL RULE OF CIVIL PROCEDURE** |
| AND CUTERA, INC., | **26(f)** |
| Defendants. | |
| | |
| EDWARD ZAKKAK, et al., | |
| Plaintiff, | |
| vs. | |
| CUTERA, INC., KEVIN P. CONNORS, ROBERT J. SANTILLI, | |
| Defendants. | |

1   Plaintiffs Doug Hamilton and Edward Zakkak ("Plaintiffs") and Defendants Cutera, Inc.,
2  Kevin P. Connors, and Ronald J. Santilli, by and through their respective counsel of record, hereby
3  submit the following Initial Joint Report Pursuant to Federal Rule of Civil Procedure 26(f) and the
4  Court's order of June 26, 2007.

5   Currently pending before the Court is a Motion for Appointment of Lead Plaintiff and
6  Counsel. Following resolution of that motion, Plaintiffs intend to bring an amended complaint
7  which will determine the issues present in this case. Defendants then intend to bring a motion to
8  dismiss that complaint, and because this case is controlled by the provisions of the Private Securities
9  Litigation Reform Act of 1995, all discovery will then be stayed pending resolution of the motion to
10 dismiss. *See* 15 U.S.C. § 77z-1(b).

11   The parties have met and conferred regarding initial disclosures, early settlement, ADR
12 process selection, and a discovery plan. The parties agree that because of the pending motion for
13 appointment of lead plaintiff and counsel, the intended amended complaint, and the intended motion
14 to dismiss, resolution of the aforementioned issues is premature at this time. Following resolution of
15 the motion to dismiss, however, the parties will file a supplemental Rule 26(f) Report resolving the
16 aforementioned issues as well as any other issues identified by the Court.

Respectfully submitted,

Dated: August 7, 2007    SIDLEY AUSTIN LLP


By: /s/ Timothy T. Scott
Timothy T. Scott
Attorneys For Defendants Cutera, Inc.,
Kevin P. Connors, and Ronald J. Santilli

| | | |
|---|---|---|
| Dated: August 7, 2007 | | KREINDLER & KREINDLER LLP |

By: /s/ Mark I. Labaton
Mark I. Labaton
Attorneys for Plaintiff Doug Hamilton

Dated: August 7, 2007                         SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP

By: /s/ Alan R. Plutzik
Alan R. Plutzik
Attorneys for Plaintiff Edward Zakkak

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Initial Joint Report Pursuant to Federal Rule of Civil Procedure 26(f). In compliance with General Order 45.X.B., I hereby attest that each of the other signatories has concurred in this filing.

Dated:  August 7, 2007                    SIDLEY AUSTIN LLP

By: /s/ Timothy T. Scott
Timothy T. Scott
SIDLEY & AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: 415-772-1200
Facsimile:   415-772-7400

Attorneys for Defendants Cutera, Inc.,
Kevin P. Connors, and Ronald J. Santilli