1  **Timothy T. Scott (SBN: 126971)**
   **tscott@sidley.com**
2  **Robert B. Martin III (SBN: 235489)**
   **rbmartin@sidley.com**
3  **SIDLEY AUSTIN LLP**
   **555 California Street, Suite 2000**
4  **San Francisco, California  94104**
   **Telephone:       (415) 772-1200**
5  **Facsimile:       (415) 772-7400**

6  **Attorneys For Defendants CUTERA, INC.,**
   **KEVIN P. CONNORS, and RONALD J. SANTILLI**
7

8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12

| | |
|---|---|
| DOUG HAMILTON, | CIVIL ACTION NO.:   C-07-2128-VRW |
|  | C-07-2468-VRW |
| Plaintiff, |  |
|  | <u>CLASS ACTION</u> |
| vs. |  |
|  | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |
| KEVIN P. CONNERS, ROBERT J. SANTILLI, AND CUTERA, INC., |  |
| Defendants. |  |
| EDWARD ZAKKAK, et al., |  |
| Plaintiff, |  |
| vs. |  |
| CUTERA, INC., KEVIN P. CONNORS, ROBERT J. SANTILLI, |  |
| Defendants. |  |

1 | Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.

Respectfully submitted,

Dated: September 11, 2007                SIDLEY AUSTIN LLP


By: /s/ Timothy T. Scott
    Timothy T. Scott
    Attorneys For Defendants Cutera, Inc.,
    Kevin P. Connors, and Ronald J. Santilli

2

SF1 1470917v.1    **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS -CIVIL ACTION NOS. C-07-2128 VRW, C-07-2468 VRW**