**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG HAMILTON, et al., | No. C 07-2128 VRW |
|     Plaintiff(s), | |
|  v. | **CLERK'S NOTICE** |
| KEVIN CONNERS, et al., | |
|     Defendant(s). _____/ | |
| | No. C 07-2468 VRW |
| EDWARD ZAKKAK, et al., | |
|     Plaintiff(s), | |
|  v. | |
| CUTERA, INC., et al., | |
|     Defendant(s). _____/ | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

    YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on Plaintiff's Motion to Appoint Lead Plaintiff and the Case Management Conference currently scheduled on September 20, 2007 to Thursday, November 1, 2007 at 2:30 p.m.   Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

/////
////
////

1 Regardless of whether the Court reschedules the hearing date, briefing schedules may not be
2 changed by stipulation. All Opposition and Reply papers shall be timely filed according to the
3 originally noticed hearing date, pursuant to Civil L.R. 7-3.

5 Dated: September 12, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*

Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker

2