UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**VAUGHN R. WALKER**                                                        Date:  November 1, 2007
**UNITED STATES DISTRICT CHIEF JUDGE**

**Case No:**     **C-07-02128 VRW**   Doug Hamilton v Kevin Conners, et al   **related to**
                 **C-07-02468 VRW**   Edward Zakkak, et al v Cutera, Inc., et al

**Attorneys:**    Plaintiffs:   Peter Binkow, Laurence Paskowitz
                  Defendants:   Robert Martin, Timothy Scott

**Deputy Clerk:**    Lili M. Harrell          **Court Reporter:**    Kathy Wyatt

**PROCEEDINGS:**

                                                                                              **RULINGS:**

Motion to Appoint Lead Plaintiff [22]                                                            GRANTED


**ORDERED AFTER HEARING:**
- Cases are deemed consolidated. Lead case **C07-02128 VRW.**
- Plaintiffs' motion to appoint the Onie group (Gunawan Onie, Jamie Collins, Kenneth J Chin, Gary Hornyak and Zahed Siddique) as lead plaintiff and to approve lead counsel (Glancy Binkow & Goldberg LLP and Paskowitz & Associates), see Doc #22, is GRANTED.
- Plaintiffs shall file their amended complaint no later than 12/17/07.
- Defendants shall file their responsive pleading or motion to dismiss by 1/31/08.
- Plaintiffs' opposition to motion to dismiss shall be filed by 3/3/08.
- Defendants' reply brief shall be filed by 3/20/08.
- **Motion hearing set for 4/3/08 at 2:30 p.m.**
- **Status Conference set for 1/8/08 at 10:00 a.m.** The parties shall submit a status conference statement no later than 1/4/08.

**ORDER TO BE PREPARED BY:**  [ ] Plaintiff  [ ] Defendant  [ ] Court

**Case Continued to:**

Notes:

cc: